**No. 09-11062. Richard F. Mills, Petitioner v. New York.**

562 U.S. 1055, 131 S. Ct. 627, 178 L. Ed. 2d 455, 2010 U.S. LEXIS 8898.

November 15, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 860, 131 S. Ct. 136, 178 L. Ed. 2d 82, 2010 U.S. LEXIS 5865.